# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LARRY W. HUTCHINSON, D.D.S.;** | |
| **Plaintiff,** | **8:24CV349** |
| vs. | **ORDER** |
| **THOMAS A. WAGONER,** | |
| **Defendant.** | |

Upon notice of settlement (Filing No. 11) given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **January 9, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, any hearings set for this case, and the Rule 26(f) Meeting Report deadline.

Dated this 9th day of December, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge